No. 330. SIMON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 331. UNION PLANTERS NATIONAL BANK OF MEMPHIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 333. BENNETT ET AL. v. CITY OF CLEVELAND ET AL. C. A. 6th Cir. Certiorari denied.

No. 334. BRASWELL MOTOR FREIGHT LINES, INC. v. LOCAL FREIGHT DRIVERS, LOCAL No. 208, ET AL. C. A. 9th Cir. Certiorari denied.

No. 335. NEADERLAND v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 341. LAKEWOOD MANUFACTURING Co. v. HOME INSURANCE CO. OF NEW YORK ET AL. C. A. 6th Cir. Certiorari denied.

No. 344. KILARJIAN ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 347. KELEMEN ET AL. v. SERBIAN ORTHODOX CHURCH CONGREGATION OF ST. DEMETRIUS OF AKRON. Sup. Ct. Ohio. Certiorari denied.

No. 352. CONNELLY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 353. PETLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 359. CANTONE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.